IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL THOMPSON,

        Petitioner,               No. 2:11-cv-3340 KJN P

    vs.

STATE OF CALIFORNIA,

        Respondent.         ORDER

_____/

        Petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed January 5, 2012, petitioner's application was dismissed based on petitioner's failure to first exhaust state court remedies, and he was granted thirty days in which to file an amended petition or file a request for voluntary dismissal. Thirty days have now passed, and petitioner has not filed an amended application or otherwise responded to the court's order.

////
////
////
////
////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).  The court declines to issue the certificate
3  of appealability referenced in 28 U.S.C. § 2253.
4  DATED: February 10, 2012.

```
                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE
```

thom3340.fta